IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRACY ROBINSON,**

    **Plaintiff,**

**v.**                                                               **Case No. 4:24-cv-451-AW-MAF**

**EISMAN & RUSSO CONSULTING ENGINEERS, INC., and M-TACK LLC,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge identified issues with the pro se complaint and directed Plaintiff to file an amended complaint. Plaintiff has not complied, and she has not objected to the magistrate judge's report and recommendation (ECF No. 5), which recommends dismissal on that basis. It appears Plaintiff has abandoned her case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on January 13, 2025.

                                                           s/ *Allen Winsor*
                                                           United States District Judge